| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Huck, Paul C | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>08/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>99 N.E. Fourth Street<br>Suite 1067<br>Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Kozyak Tropin & Throckmorton - Deferred | $ 22,044.00 |
| 2. 2005 | University of Miami | $ 6,000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self Employed - Small Business Owner |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gibraltar Bank FSB, Checking Account | A | Interest | J | T | | | | | |
| 2. Gibraltar Bank, FSB Money Market | A | Interest | K | T | | | | | |
| 3. Marwil - Promisory Note | E | Interest | | | Satisfied | 07/23 | N | | |
| 4. The Carlisle | F | Distribution | M | T | Loan | 02/16 | M | | K-1 Partnership |
| 5. The Carlisle | | None | | | Satisfied | 08/25 | M | | K-1 Partnership |
| 6. Altamonte Springs | C | Distribution | M | T | Loan | 11/22 | M | | K-1 Partnership |
| 7. Daytona Development | D | Distribution | M | T | Loan | 06/25 | M | | K-1 Partnership |
| 8. Lakehouse I Ltd. | B | Distribution | J | U | | | | | |
| 9. Oman Trustee #4 (Baez) | D | Interest | L | T | | | | | Invested in existing loan |
| 10. Oman Trustee #9(Herrera) | D | Interest | M | T | | | | | |
| 11. Oman Trustee #10(Walters) | C | Interest | L | T | Loan | | | | |
| 12. Oman Trustee #11(Walden) | D | Interest | M | T | Loan | 02/22 | M | | New Mortgage |
| 13. Oman Trustee #12(Navarre) | D | Interest | M | T | Loan | 01/25 | M | | New Mortgage |
| 14. Oman Trustee #12 | D | Interest | | | Satisfied | 09/25 | M | D | |
| 15. Oman Trustee #13(288Homestead) | D | Interest | K | T | Loan | 03/08 | K | | New Mortgage |
| 16. Oman Trustee #14 (McKenna) | A | Interest | K | T | Loan | 12/27 | K | | New Mortgage |
| 17. The Preserve at San Luis | D | Interest | L | T | | | | | K-1 Partnership |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kensington (formerly the Enclave@RPB) | E | Interest | | | Sale | 12/14 | K | F | K-1 Partnership |
| 19. FSP Collins Crossing | C | Distribution | L | T | | | | | |
| 20. FSP Satellite Place | D | Distribution | L | T | | | | | |
| 21. Smith Barney Money Market | A | Interest | | | | 07/03 | J | | Account Closed |
| 22. Citibank USA | B | Interest | | | | 07/03 | M | | Account Closed |
| 23. Smith Barney Money Fund #1 | A | Interest | | | | 07/03 | L | | Account Closed |
| 24. Smith Barney Money Fund #2 | B | Interest | | | | 07/03 | M | | Account Closed |
| 25. Smith Barney Money Fund #3(IRA) | B | Interest | | | | 07/03 | L | | Account Closed |
| 26. Morgan Keegan Money Fund#1 (DH) | A | Interest | M | T | | 07/03 | M | | New Account |
| 27. Morgan Keegan Money Fund #2 (PH) | A | Interest | L | T | | 07/03 | M | | New Account |
| 28. Morgan Keegan Money Fund ## (PHIRA) | A | Interest | L | T | | 07/03 | L | | New Account |
| 29. New York Life Insurance | B | Interest | L | T | | | | | |
| 30. Aim Blue Chip Fund CL A | A | Dividend | | | Sale | 10/27 | M | | |
| 31. Aim Charter Fund CL A | A | Dividend | | | Sale | 10/27 | L | D | |
| 32. Aim Weingarten Fund Cl A | A | None | | | Sale | 10/27 | L | | |
| 33. Aim Premier Equity | | None | | | Sale | 10/27 | M | F | |
| 34. Smith Barney S&P 500 Index | A | Dividend | | | Sale | 07/27 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Orange Cty FL Tourist DV Tax | A | Interest | L | T | | | | | |
| 36. Palm Bch Cty. FL HFA M/Fam | A | Interest | | | Redemption | 07/25 | L | | |
| 37. Mia-Dade Cty FL Pub Svc Tax | A | Interest | | | Sale | 10/03 | L | | |
| 38. Osceola Co Fl West 192 REDV | B | Interest | L | T | | | | | |
| 39. Village Ctr Cmnty Dev Dist | A | Interest | | | Sale | 11/01 | L | | |
| 40. West Va St Hosp Fin Auth | A | Interest | | | | | | | |
| 41. Fl State Gov Util | A | Interest | K | T | Buy | 10/28 | K | | |
| 42. Volusia County | A | Interest | L | T | Buy | 10/28 | L | | |
| 43. Jacksonville FL Excise Taxes | A | Interest | L | T | Buy | 10/28 | L | | |
| 44. Davis NY Venture Fund A | A | Dividend | M | T | | | | | |
| 45. Davis NY Venture Fund B | A | Dividend | K | T | Sale | 07/03 | L | | |
| 46. Aim Value Fund Cl A | A | Dividend | M | T | | | | | |
| 47. American Express | A | Dividend | K | T | | | | | |
| 48. Ameriprise Financial(AmEx spinoff) | A | Dividend | K | T | Merger | 11/10 | | | (Spinoff) |
| 49. Microsoft | A | Dividend | | | Sale | 07/13 | K | | |
| 50. Florida Rock Industries | A | Dividend | K | T | | | | | |
| 51. Florida Rock Industries | C | | | | Partial Sale | 11/10 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heck, Paul C | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Florida Rock Industries | | None | | | Buy | 07/15 | J | | |
| 53. CFS Holdings, Inc. | | None | K | T | | | | | |
| 54. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 55. Philip Morris | A | Dividend | L | T | | | | | |
| 56. Ishares TR MSCI EAFE INDEX FD | A | None | L | T | Buy | 4/03 | L | | |
| 57. ISHARES RUSSELL MIDCAP VALUE INDEX FD | A | None | K | T | Buy | 4/03 | K | | |
| 58. ISHARES TR RUSSELL MIDCAP INDEX FD | A | Dividend | L | T | Buy | 4/03 | L | | |
| 59. ISHARES RUSSELL 1000 VALUE IND FD | A | Dividend | L | T | Buy | 4/03 | L | | |
| 60. ISHARES RUSSELL 1000 GROWTH INDEX FD | A | Dividend | L | T | Buy | 4/03 | L | | |
| 61. ISHARES TR RUSSELL 2000 VALUE INDEX FD | A | Dividend | L | T | Buy | 4/03 | L | | |
| 62. ISHARES TR RUSSELL 2000 GROWTH INDEX FD | A | Dividend | L | T | Buy | 4/03 | L | | |
| 63. SPDR S&P | A | Dividend | L | T | Buy | 04/03 | L | | |
| 64. Kraft Foods Inc | A | Interest | L | T | Buy | 4/03 | L | | |
| 65. Household Fin Corp | B | Interest | L | T | Buy | 4/03 | L | | |
| 66. CocaCola Enterprises Notes | A | Interest | K | T | Buy | 4/03 | K | | |
| 67. JP Morgan Chase & Co | B | Interest | L | T | Buy | 4/03 | L | | |
| 68. Casts For GECC II | | | K | T | Buy | 4/03 | K | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Casts for GECC II | A | Dividend | | | Sale | 07/25 | K | | |
| 70. Goldman Sachs Group | A | Interest | L | T | | | | | |
| 71. Zimmer Holdings Inc | | None | | | Sale | 10/21 | K | C | |
| 72. Ivax Corp | B | Dividend | L | T | | | | | |
| 73. Ivax Corp | | None | | | Sale | 3/23 | K | C | |
| 74. Progressive Corp Ohio | A | Dividend | L | T | | | | | |
| 75. Williams Cos Inc | D | Dividend | J | T | | | | | |
| 76. Amgen | C | Dividend | K | T | | | | | |
| 77. Smith & Nephew | A | Dividend | K | T | Sale | 09/14 | K | | |
| 78. American Tower Corp | A | Dividend | K | T | | | | | |
| 79. Amsouth BanCorporation | A | Dividend | | | Sale | 10/19 | K | | |
| 80. Church & Dwight Co. Inc | A | Dividend | K | T | | | | | |
| 81. Canadian Natural Res LTD | E | None | | | Sale | 09/05 | K | E | |
| 82. General Electric | A | Dividend | K | T | | | | | |
| 83. Gap Inc | A | Dividend | | | Sale | 07/25 | J | | |
| 84. Hexcel Corp | A | Dividend | K | T | | | | | |
| 85. Ingram Micro Inc Class A | | None | | | Sale | 07/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Leucadia National Corp | | None | | | Sale | 07/25 | K | | |
| 87. Mercury General Corp | A | None | | | Sale | 07/25 | L | | |
| 88. Teco Energy Inc | A | Dividend | K | T | | | | | |
| 89. Tyco Intl Ltd | A | Dividend | | | Sale | 12/23 | J | | |
| 90. United Parcel Service | A | Dividend | | | Sale | 08/29 | K | | |
| 91. Duke Energy | A | Dividend | K | T | Buy | 03/21 | K | | |
| 92. El Paso Corp | | None | J | T | Buy | 09/12 | J | | |
| 93. El Paso Corp | | None | | | Sale | 11/13 | J | | |
| 94. Express Scripts Inc. Class A | A | Dividend | K | T | Buy | 09/01 | K | | |
| 95. FPL Group Inc | A | Dividend | K | T | Buy | 04/05 | K | | |
| 96. Iron Mountain | A | Dividend | K | T | Buy | 02/11 | K | | |
| 97. Motorola Inc | A | Dividend | K | T | Buy | 09/07 | K | | |
| 98. Office Depot | A | Dividend | J | T | Buy | 02/11 | K | | |
| 99. Office Depot | | None | | | Sale | 09/06 | K | D | |
| 100. Agrium | | None | J | T | Buy | 07/25 | | | |
| 101. Agrium | | None | | | Sale | 10/13 | J | | |
| 102. Tiffany | A | Dividend | K | T | Buy | 11/28 | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Williams Companies | A | Dividend | K | T | Buy | 8/29 | | | |
| 104. Xerox | | None | J | T | Buy | 09/21 | | | |
| 105. Aurora Colo Hosp Rev | A | Interest | N | T | Buy | 8/20 | N | | Tax Free Var Rate Floaters |
| 106. Aurora Colo Hosp Rev | | | | | Sell | 09/29 | | | |
| 107. Cobb Cnty Kennestone Hosp | B | Interest | N | T | | | N | | Tax Free Var Rate Floaters |
| 108. Cobb Cnty Kennestone Hosp | | | | | Sell | 12/02 | | | |
| 109. Illinois Dev Fin Auth | A | Interest | M | T | | | | | Tax Free Var Rate Floaters |
| 110. Illinois Dev Din Auth | | . | | | Sell | 11/23 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 08/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Huck, Paul C | 08/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓ Date _August 14, 2006_

NOTE: AN▓▓▓▓▓▓▓▓▓▓WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544